COPPLE *v.* HELM.

THE BOARD OF COMMISSIONERS OF DECATUR CO. *v.* WHEELDON.

*Saturday, December* 1.

APPEAL from the *Shelby* Common Pleas.

*Per Curiam.*—Suit on notes. Answer filed. Fifth paragraph thereof rejected, on motion. Upon this ruling a brief is presented. We can not say whether it was right or wrong, as the rejected paragraph is not before us in such authentic form as to enable us to notice it, no bill of exceptions having been filed.

The judgment is affirmed, with 5 per cent. damages and costs.

*Ben. F. Davis,* for appellant.